```
36 Bleecker St., LLC              Emque                             New York State Dept of Taxation
390 Park Avenue                   527 Townline Rd                   Bankruptcy Section
16th floor                        Happauge, NY 11788                PO Box 5300
NY, NY 10022                                                        Albany, NY 12205-0300


Alba Demolition                   Grossbach Zaino & Associates, P   NYC Department of Finance
237 West 35th Street              6 International Drive             66 John Street
New York, NY 10001                Suite 130                         Room 104
                                  Rye Brook, NY 10573               New York, NY 10038


American Arbitration Associatio   IRS                               Precision Stone
1301 Atwood Ave.                  Centralized Insolvency Operatio   95 Hopper Street
Suite 211N                        Post Office Box 7346              Westbury, NY 11590
Johnston, R.I. 02919              Philadelphia, PA 19101-7346


Architectural Flooring Resource   JVA Industries                    Randall Bernsohn
135 W 27th Street                 522 US Highway 9 North            434 Greenwich Street
6th fl                            #175                              Apt 2B
New York, NY 10001                Manalapan, NJ 07726               New York, NY 10013


Arista Air Conditioning Corp.     Kern Rockenfield, Inc             Randall Bernsohn
3826 10th Street                  178 Classon Avenue                434 Greenwich Street
Long Island City, NY 11101        Brooklyn, NY 11205                Apt. 2B
                                                                    New York, New York 10013


Atlantech Systems Inc             Koenig Iron Works, Inc.           Randall Bernsohn
349 Spook Rock Road               8-14 37th Avenue                  434 Greenwich Street
Bldg. G                           Long Island City, NY 11101        Apt. 2B
Suffern, NY 10901                                                   New York, NY 10013


Atlantic De Lage                  LG Blessed LLC                    RCS Corporate Sales and Profess
134 W 26th St                     154 E. 78th St.                   1674 Broadway
New York, NY 10001                NY, NY 10022                      Suite 7C
                                                                    New York, NY 10019


Con Edison                        Lough Conn, Inc.                  Richard Mugler
4 Irving Place                    69-23 60th Rd                     2401 Third Avenue
Room 1875S                        Maspeth, NY 11378                 Bronx, NY 10451
New York, NY 10003


David and Marcia Kaplan           Marty and Lauren Geller           Rimi Woodcraft
50 E. 78th St.                    154 E. 78th St.                   1185 Commerce Avenue
Unit 11B                          NY, NY 10022                      Bronx, NY 10462
NY, NY 10075


Dutch Express                     MG Dolphin, LLC                   Skyline Scaffolding Group, Inc.
621 W 55th St                     154 E. 78th St.                   181 Coit Street
New York, NY 10019                NY, NY 10022                      Irvington, NJ 7111
```

Steven Fetner
12 Van Houten Street
Upper Nyack, New York 10960


Steven Fetner
12 Van Houten Street
Upper Nyack, NY 10960


Team Electric
20 W 36th St,
Suite 702
New York, NY 10018


Time Warner
60 Columbis Circle
New York, NY 10023


Verizon Office
500 Technology Drive
Suite 550
Weldon Springs, MO 63304


Verizon Wireless
500 Technology Drive
Suite 550
Weldon Springs, MO 63304


Wasserman Grubin & Rogers
1700 Broadway
42nd floor
New York, NY 10019