**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>BERNSOHN & FETNER LLC,<br><br>Debtor. | **Case No. 17-23707 (RDD)**<br><br>**Chapter 11** |

## ORDER APPROVING SETTLEMENT AGREEMENT

Upon the Motion (the "**Motion**") of Bernsohn & Fetner LLC, Debtor and Debtor-in-Possession (the "**Debtor**") in the above-referenced Chapter 11 case (the "**Chapter 11 Case**") for entry of an order approving that certain settlement agreement by and between 36 Bleecker Street, LLC ("**Bleecker**") and the Debtor (the "Settlement Agreement") pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and section 105 of the Bankruptcy Code; and the Court having subject matter jurisdiction to consider the Motion and the relief request therein, and the Motion being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided and no other or further notice needing to be provided; and the relief requested in the Motion being in the best interests of the Debtor and its estates and creditors; and the Court having reviewed the Motion; and upon the record of the hearing before the Court (the "**Hearing**"); and the Court having determined that the legal and factual bases set forth in the Motion, and at the Hearing establish just cause for the relief granted herein; and upon all of the

proceedings had before the Court; and after due deliberation and sufficient cause appearing

therefore,

**IT IS HEREBY ORDERED THAT:**

1.    The Motion is granted in its entirety, and the Settlement Agreement is approved. Any and all objections are hereby overruled.

2.    The Parties (as defined in the Settlement Agreement) are instructed to implement the Settlement Agreement immediately in its entirety.

3.    To the extent, if any, that the foregoing actions require the modification or lifting of the automatic stay, the automatic stay is deemed so modified or lifted for the limited purpose of effectuating the Settlement Agreement.

4.    This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of the Settlement Agreement and this Order.

Dated: New York, New York
       February ___, 2018

_____
UNITED STATES BANKRUPTCY JUDGE