**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNSOHN & FETNER LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 17-23707 (RDD) |

**CERTIFICATE OF SERVICE**

  I, David H. Hartheimer, an attorney admitted to practice in the State of New York and a member of the firm Mayerson & Hartheimer PLLC, herby certify that:

  On the 19th day of January 2018, I have caused service for Debtor's Motion to Approve Settlement, together with a Notice of Motion and a Proposed Order, dated January 19th 2018 [Docket #37] to be made by electronic filing with the Clerk of Court using the CM/ECF System, which will send a Notice of Electronic Filing to all parties with an e-mail address on record, who have appeared and consent to electronic service in the action.

In addition, copies of the same documents were served by regular mail to all interested parties listed on Exhibit A attached hereto as well as to Turner P. Smith**,** Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, NY 10178, Counsel to 36 Bleecker Street, LLC.

Dated: New York, New York
January 22, 2018

/s/ David H. Hartheimer
David H. Hartheimer, Esq.

MAYERSON & HARTHEIMER PLLC
845 Third Avenue, 11th Floor
New York, NY 10022
Tel: (646) 778-4380
Fax: (501) 423-8672
david@mhlaw-ny.com

*Counsel for Debtor and Debtor-in-Possession*

| | | |
|---|---|---|
| 36 Bleecker St., LLC<br>390 Park Avenue<br>16th floor<br>NY, NY 10022 | David and Marcia Kaplan<br>C/O William J. Turkish, Esq.<br>7600 Jericho Turnpike<br>Woodbury, NY 11797 | Marty and Lauren Geller<br>c/o Geller & Company<br>909 Third Avenue<br>New York, NY 10022 |
| 51st Street Realty, Inc<br>625 W 51st Street 2nd Floor<br>New York, NY 10019 | Dutch Express<br>100 Avenue of the Americas<br>New York, NY 10013 | MG Dolphin, LLC<br>C/O Geller and Company.<br>909 Third Avenue<br>New York, NY 10022 |
| Alba Demolition<br>237 West 35th Street<br>New York, NY 10001 | Emque<br>527 Townline Rd<br>Happauge, NY 11788 | New York State Dept of Taxation<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 |
| American Arbitration Associatio:<br>1301 Atwood Ave.<br>Suite 211N<br>Johnston, R.I. 02919 | Grossbach Zaino & Associates, P(<br>6 International Drive<br>Suite 130<br>Rye Brook, NY 10573 | NYC Department of Finance<br>66 John Street<br>Room 104<br>New York, NY 10038 |
| Architectural Flooring Resource<br>135 W 27th Street<br>6th fl<br>New York, NY 10001 | IRS<br>Centralized Insolvency Operatio:<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Precision Stone<br>95 Hopper Street<br>Westbury, NY 11590 |
| Arista Air Conditioning Corp.<br>3826 10th Street<br>Long Island City, NY 11101 | JVA Industries<br>522 US Highway 9 North<br>#175<br>Manalapan, NJ 07726 | Randall Bernsohn<br>18 Homeward Lane<br>Weston, CT 06883 |
| Atlantech Systems Inc<br>349 Spook Rock Road<br>Bldg. G<br>Suffern, NY 10901 | Kern Rockenfield, Inc<br>178 Classon Avenue<br>Brooklyn, NY 11205 | RCS Corporate Sales and Profess<br>1674 Broadway<br>Suite 7C<br>New York, NY 10019 |
| Atlantic De Lage<br>134 W 26th St<br>New York, NY 10001 | Koenig Iron Works, Inc.<br>8-14 37th Avenue<br>Long Island City, NY 11101 | Richard Mugler<br>70 Saint Casimir Avenue<br>Yonkers, NY 10451 |
| Brian Masumoto, Esq.<br>Office of the United States Tru<br>201 Varick Street<br>New York, NY 10014 | LG Blessed LLC<br>154 E. 78th St.<br>NY, NY 10075 | Rimi Woodcraft<br>1185 Commerce Avenue<br>Bronx, NY 10462 |
| Con Edison<br>4 Irving Place<br>Room 1875S<br>New York, NY 10003 | Lough Conn, Inc.<br>69-23 60th Rd<br>Maspeth, NY 11378 | Skyline Scaffolding Group, Inc.<br>181 Coit Street<br>Irvington, NJ 7111 |

```
Steven Fetner
12 Van Houten Street
Upper Nyack, New York 10960




Steven Fetner
12 Van Houten Street
Upper Nyack, NY 10960




Team Electric
20 W 36th St,
Suite 702
New York, NY 10018


Time Warner
Attn. Recovery Support
3347 Platt Springs Road
West Columbia, SC 29170


Verizon Office
500 Technology Drive
Suite 550
Weldon Springs, MO 63304


Verizon Wireless
500 Technology Drive
Suite 550
Weldon Springs, MO 63304


Wasserman Grubin & Rogers
1700 Broadway
42nd floor
New York, NY 10019
```