**MAYERSON & HARTHEIMER, PLLC**
Sandra E. Mayerson
David H. Hartheimer
845 Third Avenue, 11th Floor
New York, NY 10022
Tel: (646) 778-4380
Fax: (501) 423-8672
sandy@mhlaw-ny.com
david@mhlaw-ny.com

*Counsel for Debtor and Debtor in Possession*

|  |  |
|---|---|
| In re: | Chapter 11 |
| BERNSOHN & FETNER LLC, | Case No. 17-23707 (RDD) |
| Debtor. |  |

**MONTHLY FEE STATEMENT OF MAYERSON & HARTHEIMER,**
**PLLC, AS COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION FOR THE**
**PERIOD FROM NOVEMBER 7, 2017 THROUGH AND INCLUDING JANUARY 31, 2018**

Pursuant to section 327, 330 and 331 of chapter 11 of title 11 of the United States Code,

Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-

1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern

District of New York, *the Order Authorizing the Retention of Mayerson & Hartheimer, PLLC*

*as Bankruptcy Counsel to Debtor Effective to the Petition Date,* dated January 18, 2018

[Docket No. 36], and *the Order Establishing Procedures for Interim Compensation and*

*Reimbursement of Expenses of Professionals*, dated January 17, 2018 [Docket No. 35], (the

"Interim Compensation Order"),  Mayerson & Hartheimer, PLLC ("M&H"), counsel for the

above-captioned debtor and debtor in possession (the "Debtor") herby submits this *Monthly*

*Fee Statement of Mayerson & Hartheimer, PLLC  as Counsel to the Debtor and Debtor-in-*

*Possession for the Period from November 7, 2017 Through and Including January 31, 2018*

1

(this "Fee Statement") seeking compensation for 80% of its legal fees and reimbursement of its expenses for such Fee Period.[1]   Specifically, M&H seeks (i) interim  allowance of $83,380.00 for the reasonable and necessary legal services that M&H rendered to the Debtor during the Fee Period; (ii) compensation in the amount of $66,704.00, which is 80% of the total amount of compensation sought for actual and necessary legal services rendered during the Fee Period (*i.e.* $83,380.00), and (iii) the allowance and payment of $2,886.44 for the actual and necessary expenses that M&H incurred in connection with such services during the Fee Period.  M&H represents that Debtor has sufficient funds to pay this amount, and that M&H is holding no retainer to apply against the amounts due.

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a schedule of M&H professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtor in connection with this chapter 11 case during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.

2.      Attached hereto as **Exhibit B** is a schedule for the Fee period setting forth the total amount of payment sought with respect to the expenses for which M&H is seeking payment in this Fee Statement.  All of these disbursements comprise the requested sum for M&H's out-of-pocket expenses, which total $2,886.44.

3.      Attached hereto as **Exhibit C** are the time records of M&H, which provide a daily summary of time spent by each M&H professional during the Fee Period.

---

[1] The period from November 7, 2017, through and including January 31, 2018 is referred to herein as the "Fee Period".

**Notice**

4.      No trustee or examiner has been appointed in this case. Pursuant to the Interim Compensation Order, notice of this Fee Statement has been served upon: (a) the Debtor, 12 Van Houten Street, Upper Nyack, New York 10960, Attn. Steven Fetner; (b) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn.: Brian Masumoto, Esq.; (c) Counsel to Randall Bernsohn, Tannenbaum Helpern Syacuse & Hirschtritt LLP, 900 Third Avenue, New York, New York 10022, Attn. Richard W. Trotter, Esq.; and (d) to the extent not listed herein, those parties requesting to be a Notice Party for the Monthly Fee Statements. M&H submits that, in light of the nature of the relief requested, no other or further notice need be given.  Pursuant to the Interim Compensation Order, said parties have fourteen (14) days to review this Fee Statement and apprise M&H of any objection.

*[Remainder of page intentionally left blank]*

WHEREFORE, M&H, in connection with services rendered on behalf of the Debtor, respectfully requests (i) interim allowance of compensation for professional services rendered during the Fee Period, in the amount of $83,380.00, (ii) payment in accordance with the procedures set forth in the Interim Compensations Order (*i.e.,* payment of 80% of the compensation sought in the amount of $66,704.00), and (iii) interim allowance and payment of 100% of expenses incurred, in the amount of $2,886.44.

New York, New York
Dated:  February 5, 2018

By: */s/ David H. Hartheimer*
David H. Hartheimer
Sandra E. Mayerson

MAYERSON & HARTHEIMER, PLLC
845 Third Avenue, 11th Floor
New York, NY 10022
Tel: (646) 778-4382
Fax: (501) 423-8672
david@mhlaw-ny.com
sandy@mhlaw-ny.com

*Counsel for Debtor and Debtor in Possession*

4

# EXHIBIT A

### FEE STATEMENT OF MAYERSON & HARTHEIMER, PLLC AS COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION (NOVEMBER 7, 2017 – JANUARY 31, 2018)

The M&H attorneys and paraprofessionals who rendered services during the Fee Period are:

| TIME KEEPER | POSITION WITH THE APPLICANT | YEAR FIRST ADMITTED | HOURLY BILLING RATE* | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| David H. Hartheimer | Member | 1990 | $600.00 | 100.70 | $59,820.00 |
| Sandra E. Mayerson | Member | 1976 | $600.00 | 39.20 | $22,950.00 |
| Priscilla Caiza | Paralegal | NA | $100.00 | 6.10 | $610.00 |
| TOTAL FOR TIME KEEPERS | | | | 146.00 | $83,380.00 |

\* Time Keepers' non-working travel time is billed at 50% of normal Hourly Billing Rate.

# EXHIBIT B

## Mayerson & Hartheimer PLLC - Expense Report

Date Start: 11/1/2017 | Date End: 1/31/2018 | Clients: Bernsohn & Fetner, LLC | Matters: Chapter 11 | Users:

| Expense Date | Client | Matter | User | Expense Type | Description | Status | Cost | Bill Price |
|---|---|---|---|---|---|---|---|---|
| **Bernsohn & Fetner, LLC** | | | | | | | | |
| 11/08/2017 | Bernsohn & Fetner, LLC | Chapter 11 | Sandra Mayerson | E112 - Court fees | Filing fee for voluntary petition | Ready For Billing | $1,717.00 | $1,717.00 |
| 11/09/2017 | Bernsohn & Fetner, LLC | Chapter 11 | Sandra Mayerson | E101 - Copying | Copies of filing for Court and US Trustee | Ready For Billing | $16.90 | $16.90 |
| 11/16/2017 | Bernsohn & Fetner, LLC | Chapter 11 | David Hartheimer | E108 - Postage | Postage for mailing notice of adjourned 341 meeting | Ready For Billing | $23.52 | $23.52 |
| 11/20/2017 | Bernsohn & Fetner, LLC | Chapter 11 | Sandra Mayerson | E108 - Postage | Postage | Ready For Billing | $0.94 | $0.94 |
| 11/29/2017 | Bernsohn & Fetner, LLC | Chapter 11 | David Hartheimer | E111 - Meals | Lunch for Initial Debtor Interview meeting | Ready For Billing | $30.00 | $30.00 |
| 11/30/2017 | Bernsohn & Fetner, LLC | Chapter 11 | David Hartheimer | E100 - Expenses | envelopes for serving motion for compensations procedures. | Ready For Billing | $7.68 | $7.68 |
| 11/30/2017 | Bernsohn & Fetner, LLC | Chapter 11 | David Hartheimer | E101 - Copying | Copies for serving motion for compensation procedures. | Ready For Billing | $122.00 | $122.00 |
| 12/01/2017 | Bernsohn & Fetner, LLC | Chapter 11 | David Hartheimer | E108 - Postage | Postage for service of compensation procedures motion | Ready For Billing | $33.81 | $33.81 |
| 12/01/2017 | Bernsohn & Fetner, LLC | Chapter 11 | David Hartheimer | E108 - Postage | Postage for chambers copy of motion for compensation procedures. | Ready For Billing | $1.96 | $1.96 |
| 12/14/2017 | Bernsohn & Fetner, LLC | Chapter 11 | David Hartheimer | E101 - Copying | Printing drafts of 9019 motion. | Ready For Billing | $12.80 | $12.80 |
| 12/18/2017 | Bernsohn & Fetner, LLC | Chapter 11 | David Hartheimer | E108 - Postage | postage for service of Island 9019 motion | Ready For Billing | $61.18 | $61.18 |
| 12/18/2017 | Bernsohn & Fetner, LLC | Chapter 11 | David Hartheimer | E101 - Copying | envelopes for serving Island 9019 motion | Ready For Billing | $3.80 | $3.80 |
| 12/19/2017 | Bernsohn & Fetner, LLC | Chapter 11 | David Hartheimer | E108 - Postage | postage to send chamber's copy of Island 9019 motion. | Ready For Billing | $2.00 | $2.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/19/2017 | Bernsohn & Fetner, LLC | Chapter 11 | David Hartheimer | E101 - Copying | copies for service of Island 9019 motion. | Ready For Billing | $152.00 | $152.00 |
| 01/03/2018 | Bernsohn & Fetner, LLC | Chapter 11 | David Hartheimer | E108 - Postage | Envelopes for serving SOFA, Schedule A/B and Notice of adjourned initial case conference. | Ready For Billing | $11.84 | $11.84 |
| 01/03/2018 | Bernsohn & Fetner, LLC | Chapter 11 | David Hartheimer | E108 - Postage | postage for service of SOFA, schedule A/B and notice of rescheduled initial case conference. and courtesy copy for court. | Ready For Billing | $67.34 | $67.34 |
| 01/03/2018 | Bernsohn & Fetner, LLC | Chapter 11 | David Hartheimer | E101 - Copying | Copying SOFA, schedule A/B and notice of rescheduled initial case conference. | Ready For Billing | $200.00 | $200.00 |
| 01/10/2018 | Bernsohn & Fetner, LLC | Chapter 11 | David Hartheimer | E109 - Local travel | Travel to and from Court for 341 meeting | Ready For Billing | $10.90 | $10.90 |
| 01/10/2018 | Bernsohn & Fetner, LLC | Chapter 11 | David Hartheimer | E109 - Local travel | Parking at court for 341. | Ready For Billing | $3.00 | $3.00 |
| 01/10/2018 | Bernsohn & Fetner, LLC | Chapter 11 | David Hartheimer | E101 - Copying | copying documents for motion hearings on Jan 11, 2018 | Ready For Billing | $16.00 | $16.00 |
| 01/11/2018 | Bernsohn & Fetner, LLC | Chapter 11 | David Hartheimer | E109 - Local travel | Parking for court, motion for interim comp, 9019, and initial case conference. | Ready For Billing | $3.00 | $3.00 |
| 01/11/2018 | Bernsohn & Fetner, LLC | Chapter 11 | David Hartheimer | E109 - Local travel | Travel to and from court, mileage | Ready For Billing | $10.90 | $10.90 |
| 01/11/2018 | Bernsohn & Fetner, LLC | Chapter 11 | Sandra Mayerson | E110 - Out-of-town travel | Roundtrip train fare to and from White Plains for hearing | Ready For Billing | $13.35 | $13.35 |
| 01/12/2018 | Bernsohn & Fetner, LLC | Chapter 11 | David Hartheimer | E111 - Meals | Lunch after court for motion for interim comp procedures, motion to approve settlement with Island and initial case conference. | Ready For Billing | $64.24 | $64.24 |
| 01/19/2018 | Bernsohn & Fetner, LLC | Chapter 11 | David Hartheimer | E101 - Copying | Copies for service of Bleecker 9019 motion. | Ready For Billing | $232.00 | $232.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01/19/2018 | Bernsohn & Fetner, LLC | Chapter 11 | David Hartheimer | E108 - Postage | Postage for service of Bleecker 9019 motion. | Ready For Billing | $59.60 | $59.60 |
| 01/19/2018 | Bernsohn & Fetner, LLC | Chapter 11 | David Hartheimer | E108 - Postage | Postage for chambers copy of Bleecker 9019 motion. | Ready For Billing | $1.98 | $1.98 |
| 01/19/2018 | Bernsohn & Fetner, LLC | Chapter 11 | David Hartheimer | E124 - Other | Envelopes for service of Bleecker street 9019 motion | Ready For Billing | $4.10 | $4.10 |
| 01/26/2018 | Bernsohn & Fetner, LLC | Chapter 11 | Sandra Mayerson | E101 - Copying | Copies | Ready For Billing | $2.60 | $2.60 |

| | | |
|---|---|---|
| **Totals Billable Amounts for Bernsohn & Fetner, LLC** | **$2,886.44** | **$2,886.44** |
| **Grand Total** | **$2,886.44** | **$2,886.44** |

# EXHIBIT C

# Mayerson & Hartheimer PLLC - Client Summary

Date Start: 11/1/2017 | Date End: 1/31/2018 | Clients: Bernsohn & Fetner, LLC | Matters: Chapter 11 | Users: |
Account Managers: All

| Date | Matter | Description | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price |
|------|--------|-------------|------------------|----------------------|----------------------------|----------------------|

**Bernsohn & Fetner, LLC**

**David Hartheimer**

| Date | Matter | Description | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price |
|------|--------|-------------|------------------|----------------------|----------------------------|----------------------|
| 11/07/2017 | Chapter 11 | Attention to schedules, Court conference order, and other filings. | $600.00 hr | 1.10 | 1.10 | $660.00 |
| 11/08/2017 | Chapter 11 | Drafting email to B. Masumoto of U.S. Trustee with initial filings. | $600.00 hr | 0.20 | 0.20 | $120.00 |
| 11/08/2017 | Chapter 11 | TC with court room deputy re filings, court dates and other issues. | $600.00 hr | 0.30 | 0.30 | $180.00 |
| 11/08/2017 | Chapter 11 | TC with Law Clerk re case history, background and other issues. | $600.00 hr | 0.30 | 0.30 | $180.00 |
| 11/08/2017 | Chapter 11 | Call with former accountant to debtor re financials to prepare schedules. | $600.00 hr | 0.60 | 0.60 | $360.00 |
| 11/08/2017 | Chapter 11 | TC with S. Fetner re status, schedule for upcoming motions and the filing of schedules and other issues. | $600.00 hr | 0.70 | 0.70 | $420.00 |
| 11/08/2017 | Chapter 11 | TC with S. Fetner re employment issues. | $600.00 hr | 0.20 | 0.20 | $120.00 |
| 11/08/2017 | Chapter 11 | TC with A. Lipetz, debtor's construction counsel, re settlement in Island mater. | $600.00 hr | 0.40 | 0.40 | $240.00 |
| 11/09/2017 | Chapter 11 | Phone conference with G. Greenberg at signature bank regarding dip accounts and other issues. | $600.00 hr | 0.60 | 0.60 | $360.00 |
| 11/09/2017 | Chapter 11 | Review application for dip accounts. | $600.00 hr | 0.20 | 0.20 | $120.00 |
| 11/09/2017 | Chapter 11 | Email with G. Greenberg re DIP account requirements. | $600.00 hr | 0.10 | 0.10 | $60.00 |
| 11/09/2017 | Chapter 11 | Review email from Signature Bank re wire instructions on DIP account. | $600.00 hr | 0.10 | 0.10 | $60.00 |
| 11/13/2017 | Chapter 11 | Review Proof of claim from State of New York | $600.00 hr | 0.10 | 0.10 | $60.00 |
| 11/13/2017 | Chapter 11 | TC with International Fidelity regarding the turnover of the amounts they are holding for the Debtor. Email to Client on same. | $600.00 hr | 0.30 | 0.30 | $180.00 |
| 11/13/2017 | Chapter 11 | Review Certificate of Notice for Notice of Commencement of chapter 11 case. | $600.00 hr | 0.10 | 0.10 | $60.00 |
| 11/13/2017 | Chapter 11 | Call to UST to schedule initial case conference and to request an adjournment of 341. | $600.00 hr | 0.10 | 0.10 | $60.00 |
| 11/13/2017 | Chapter 11 | review and revise interim comp motion and order. | $600.00 hr | 0.80 | 0.80 | $480.00 |
| 11/13/2017 | Chapter 11 | Review and Respond to email from International Fidelity re turn-over of funds held by them. | $600.00 hr | 0.10 | 0.10 | $60.00 |

| 11/14/2017 | Chapter 11 | Review signed order scheduling initial case conference. | $600.00 hr | 0.10 | 0.10 | $60.00 |
|---|---|---|---|---|---|---|
| 11/14/2017 | Chapter 11 | 2 emails to principal of client, notifying him of date for initial case conference and purpose of same. | $600.00 hr | 0.20 | 0.20 | $120.00 |
| 11/14/2017 | Chapter 11 | Drafting notice of motion for compensation procedure motion. | $600.00 hr | 0.30 | 0.30 | $180.00 |
| 11/14/2017 | Chapter 11 | Review letter from US Trustee's office confirming initial case interview and the documents required. | $600.00 hr | 0.20 | 0.20 | $120.00 |
| 11/14/2017 | Chapter 11 | 2 emails to S. Fetner RE initial case interview and documents we are required to bring with us. | $600.00 hr | 0.20 | 0.20 | $120.00 |
| 11/14/2017 | Chapter 11 | Call to prospective financial adviser to discuss possible retention. | $600.00 hr | 0.10 | 0.10 | $60.00 |
| 11/14/2017 | Chapter 11 | Review and finalize motion to extend time to file schedules. | $600.00 hr | 0.40 | 0.40 | $240.00 |
| 11/14/2017 | Chapter 11 | Research on whether schedule of income and expenditures are required in non active debtor. | $600.00 hr | 0.30 | 0.30 | $180.00 |
| 11/14/2017 | Chapter 11 | Finalizing motion for compensation procedures. | $600.00 hr | 0.30 | 0.30 | $180.00 |
| 11/14/2017 | Chapter 11 | Finalize form of order to extend time to file schedules and other relief. | $600.00 hr | 0.10 | 0.10 | $60.00 |
| 11/14/2017 | Chapter 11 | Review documents re Island litigation needed for letter to International Fidelity for turnover of proceeds under section 542. | $600.00 hr | 0.60 | 0.60 | $360.00 |
| 11/14/2017 | Chapter 11 | Email to US Trustee requesting an adjournment of 341 meeting. | $600.00 hr | 0.10 | 0.10 | $60.00 |
| 11/14/2017 | Chapter 11 | Call to Mike Rogers, special counsel re 36 Bleecker Street, LLC settlement for preparation of rule 9019 motion. | $600.00 hr | 0.10 | 0.10 | $60.00 |
| 11/15/2017 | Chapter 11 | Review settlement agreement of Island Architecture and B&F | $600.00 hr | 0.10 | 0.10 | $60.00 |
| 11/15/2017 | Chapter 11 | Call with Court clerk regarding court dates and procedure for filing motion to extend time to file schedules and interim compensation. | $600.00 hr | 0.10 | 0.10 | $60.00 |
| 11/15/2017 | Chapter 11 | Email with US trustee re adjourned 341 date | $600.00 hr | 0.10 | 0.10 | $60.00 |
| 11/15/2017 | Chapter 11 | Emails to client re adjourned 341 date | $600.00 hr | 0.20 | 0.20 | $120.00 |
| 11/15/2017 | Chapter 11 | Finalizing motion to extend time to file schedules and attention to filing on ECF as well as email to Court. | $600.00 hr | 0.60 | 0.60 | $360.00 |
| 11/15/2017 | Chapter 11 | Discussions with S. Mayerson re settlement documents on Island Architecture. | $600.00 hr | 0.50 | 0.50 | $300.00 |
| 11/15/2017 | Chapter 11 | Review Proof of Claim from Nissan. | $600.00 hr | 0.10 | 0.10 | $60.00 |
| 11/15/2017 | Chapter 11 | Conflict check of all interested parties for retention application. | $600.00 hr | 0.60 | 0.60 | $360.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/15/2017 | Chapter 11 | Drafting retention application. | $600.00 hr | 0.50 | 0.50 | $300.00 |
| 11/15/2017 | Chapter 11 | TC with S. Mayerson RE settlement with Island Architecture. | $600.00 hr | 0.20 | 0.20 | $120.00 |
| 11/16/2017 | Chapter 11 | Respond to client regarding upcoming dates and debtor's obligations in chapter 11, as well as informing client of documents we need to produce for the US Trustee. | $600.00 hr | 0.30 | 0.30 | $180.00 |
| 11/16/2017 | Chapter 11 | Draft, file and serve notice of adjourned 341. Draft and file certificate of service of notice of adjourned 341. | $600.00 hr | 1.10 | 1.10 | $660.00 |
| 11/17/2017 | Chapter 11 | Emails and phone calls to Signature Bank regarding material needed for US Trustee Initial Debtor Interview. Reviewing material sent by Signature Bank. | $600.00 hr | 0.50 | 0.50 | $300.00 |
| 11/20/2017 | Chapter 11 | Call with M. Rodgers regarding Bleecker Street Settlement and plan of action. | $600.00 hr | 0.30 | 0.30 | $180.00 |
| 11/20/2017 | Chapter 11 | Prepare declaration for M&H retention application | $600.00 hr | 0.60 | 0.60 | $360.00 |
| 11/20/2017 | Chapter 11 | Emails to US trustee office re documents for Initial Debtor Interview. | $600.00 hr | 0.20 | 0.20 | $120.00 |
| 11/20/2017 | Chapter 11 | Assembling documents the U.S. Trustee requested for Initial Debtor Interview. | $600.00 hr | 2.00 | 2.00 | $1,200.00 |
| 11/20/2017 | Chapter 11 | Preparing firm's retention application. | $600.00 hr | 1.80 | 1.80 | $1,080.00 |
| 11/20/2017 | Chapter 11 | Call with M Rodgers on Bleecker settlement. | $600.00 hr | 0.40 | 0.40 | $240.00 |
| 11/21/2017 | Chapter 11 | TC with S. Fetner re upcoming dates and status of material required by the UST and other issues. | $600.00 hr | 0.20 | 0.20 | $120.00 |
| 11/21/2017 | Chapter 11 | Email to IFIC regarding call re release of funds to Island. | $600.00 hr | 0.30 | 0.30 | $180.00 |
| 11/21/2017 | Chapter 11 | Call to Dorothy Li, Courtroom deputy to Judge Drain, re: hearing date for comp procedure motion. | $600.00 hr | 0.10 | 0.10 | $60.00 |
| 11/22/2017 | Chapter 11 | Conference call with S. Mayerson and attorney from International Fidelity regarding stipulation for turn-over under bankruptcy code 542 and process for court approval. | $600.00 hr | 0.40 | 0.40 | $240.00 |
| 11/22/2017 | Chapter 11 | Conference call with S. Mayerson and P. Agovino regarding settlement with Island and process for having funds held by surety turned over to the bankruptcy estate. Follow-up call with S Mayerson regarding same. | $600.00 hr | 0.30 | 0.30 | $180.00 |
| 11/22/2017 | Chapter 11 | Call to Judge's courtroom deputy to schedule motion for Compensation procedures. | $600.00 hr | 0.10 | 0.10 | $60.00 |
| 11/22/2017 | Chapter 11 | Redacting 2015 tax return for submission to UST. | $600.00 hr | 0.40 | 0.40 | $240.00 |
| 11/27/2017 | Chapter 11 | Emails with UST and principal of client re telephonic Initial Debtor Interview. | $600.00 hr | 0.30 | 0.30 | $180.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/27/2017 | Chapter 11 | Calls with client and review of correspondence re quarterly unemployment reports from Department of Labor. | $600.00 hr | 0.30 | 0.30 | $180.00 |
| 11/27/2017 | Chapter 11 | Drafting retention application, declaration and form of order granting application for retention of firm. | $600.00 hr | 0.50 | 0.50 | $300.00 |
| 11/28/2017 | Chapter 11 | Finalize Mayerson and Hartheimer retention application. Call with Brian Masumoto regarding same. | $600.00 hr | 1.30 | 1.30 | $780.00 |
| 11/28/2017 | Chapter 11 | Filing Mayerson and Hartheimer retention application and exhibits on ECF and sending to UST via email. | $600.00 hr | 0.20 | 0.20 | $120.00 |
| 11/28/2017 | Chapter 11 | Emails with US Trustee regarding Initial Debtor Interview. Review documents with client to be signed by client for Initial Debtor Interview. | $600.00 hr | 0.30 | 0.30 | $180.00 |
| 11/28/2017 | Chapter 11 | Revising interim compensation procedures motion and proposed order. | $600.00 hr | 0.90 | 0.90 | $540.00 |
| 11/29/2017 | Chapter 11 | Preparing for IDI, Preparing witness for Initial Debtor Interview, Appearance at Initial Debtor Interview (telephonic). Meeting with principal of client regarding issues raised at Initial Debtor Interview and prep for 341. | $600.00 hr | 3.20 | 3.20 | $1,920.00 |
| 11/29/2017 | Chapter 11 | TC with P. Agovino, Counsel for Island Architecture re Island Architecture settlement. | $600.00 hr | 0.10 | 0.10 | $60.00 |
| 11/29/2017 | Chapter 11 | Correspondence to the UST re Initial Debtor Interview Memorandum of Understanding. | $600.00 hr | 0.10 | 0.10 | $60.00 |
| 11/30/2017 | Chapter 11 | Discussions with prospective financial adviser. | $600.00 hr | 0.40 | 0.40 | $240.00 |
| 11/30/2017 | Chapter 11 | Finalize compensation procedure and prepare for serving and filing. | $600.00 hr | 1.20 | 1.20 | $720.00 |
| 12/01/2017 | Chapter 11 | Prepare motion for comp procedures for service and filing. Serve and file motion. Draft certification of service. | $600.00 hr | 0.50 | 0.50 | $300.00 |
| 12/01/2017 | Chapter 11 | Email to prospective financial advisor re retention. Review response. | $600.00 hr | 0.20 | 0.20 | $120.00 |
| 12/04/2017 | Chapter 11 | Draft notice of presentment for turnover of funds held by International Fidelity. | $600.00 hr | 0.50 | 0.50 | $300.00 |
| 12/05/2017 | Chapter 11 | Review and revise stipulation for settlement and turnover between, International Fidelity, Island Architecture and B&F. Review and respond to emails regarding same. | $600.00 hr | 0.60 | 0.60 | $360.00 |
| 12/06/2017 | Chapter 11 | Call with Berdon, prospective accountant, re retention and requirement for disinterestedness. | $600.00 hr | 0.30 | 0.30 | $180.00 |
| 12/06/2017 | Chapter 11 | TC with L. Patt, prospective accountant, re services and costs. | $600.00 hr | 0.20 | 0.20 | $120.00 |
| 12/07/2017 | Chapter 11 | Emails to S. Fetner re: settlement of Island and notice of appearance filed by Bernsohn. | $600.00 hr | 0.20 | 0.20 | $120.00 |
| 12/08/2017 | Chapter 11 | TC with prospective financial adviser. | $600.00 hr | 0.40 | 0.40 | $240.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/08/2017 | Chapter 11 | TC with attorney for U.S. Trustee re adjournment of 341. | $600.00 hr | 0.10 | 0.10 | $60.00 |
| 12/08/2017 | Chapter 11 | Call with court clerk re motion to ratify settlement and turnover on shortened notice. | $600.00 hr | 0.20 | 0.20 | $120.00 |
| 12/08/2017 | Chapter 11 | Prepare motion for turnover. | $600.00 hr | 1.20 | 1.20 | $720.00 |
| 12/08/2017 | Chapter 11 | TC with S. Fetner re status of case. | $600.00 hr | 0.20 | 0.20 | $120.00 |
| 12/10/2017 | Chapter 11 | Drafting motion for 9019 motion re Island Architecture settlement. | $600.00 hr | 3.00 | 3.00 | $1,800.00 |
| 12/11/2017 | Chapter 11 | Drafting 9019 motion and stipulation. | $600.00 hr | 2.00 | 2.00 | $1,200.00 |
| 12/11/2017 | Chapter 11 | TC with S. Fetner reviewing various proposals of Financial Advisor. | $600.00 hr | 0.20 | 0.20 | $120.00 |
| 12/13/2017 | Chapter 11 | Finalize 9019 motion for Island Architecture settlement. Prepare for filing. | $600.00 hr | 1.20 | 1.20 | $720.00 |
| 12/13/2017 | Chapter 11 | TC with client to select financial adviser. TC with L. Patt to discuss terms of retention. | $600.00 hr | 0.50 | 0.50 | $300.00 |
| 12/14/2017 | Chapter 11 | TC with the court clerk to obtain hearing date. | $600.00 hr | 0.20 | 0.20 | $120.00 |
| 12/14/2017 | Chapter 11 | TC with S. Fetner to discuss amount surety was being paid from the settlement. Call with surety to discuss same. Call with S. Fetner to report on call with surety. | $600.00 hr | 0.40 | 0.40 | $240.00 |
| 12/14/2017 | Chapter 11 | Further TCs with S. Fetner to discuss selection of financial adviser. Further TCs with L. Patt to discuss Vernon's proposal and retention. | $600.00 hr | 0.40 | 0.40 | $240.00 |
| 12/15/2017 | Chapter 11 | TC with P. Agovino re status of Island Architecture 9019 motion. | $600.00 hr | 0.10 | 0.10 | $60.00 |
| 12/16/2017 | Chapter 11 | Organize and provide material for FA. | $600.00 hr | 0.80 | 0.80 | $480.00 |
| 12/18/2017 | Chapter 11 | Meet with L. Patt re SOFA, operating report and other issues in the case. | $600.00 hr | 1.50 | 1.50 | $900.00 |
| 12/19/2017 | Chapter 11 | Emails to the US Trustee regarding the November MOR. | $600.00 hr | 0.20 | 0.20 | $120.00 |
| 12/19/2017 | Chapter 11 | Emails with S. Fetner re foreclosure actions against Geller and Bleecker Street. | $600.00 hr | 0.20 | 0.20 | $120.00 |
| 12/19/2017 | Chapter 11 | Finalize certificate of service for 9019 motion | $600.00 hr | 0.20 | 0.20 | $120.00 |
| 12/19/2017 | Chapter 11 | prepare November 2017 MOR for sending Chambers' copy. | $600.00 hr | 0.10 | 0.10 | $60.00 |
| 12/19/2017 | Chapter 11 | TC with L. Patt, Financial Advisor, on tax statement from State of New York, Unemployment Insurance and Con Ed bill. | $600.00 hr | 0.30 | 0.30 | $180.00 |
| 12/19/2017 | Chapter 11 | Drafting retention application for Vernon, FA. | $600.00 hr | 1.20 | 1.20 | $720.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/19/2017 | Chapter 11 | Review email from L. Patt re letters from NY State tax authority and unemployment as well as Con Ed bills. Email to client on same. | $600.00 hr | 0.30 | 0.30 | $180.00 |
| 12/19/2017 | Chapter 11 | Conf call with S. Fetner and M. Rogers re Geller and Bleecker street matters. | $600.00 hr | 0.20 | 0.20 | $120.00 |
| 12/19/2017 | Chapter 11 | TC with S. Fetner re tax authority and con ed bill. | $600.00 hr | 0.20 | 0.20 | $120.00 |
| 12/19/2017 | Chapter 11 | Email to client regarding authorization for financial advisor to have read only access to bank accounts. | $600.00 hr | 0.10 | 0.10 | $60.00 |
| 12/19/2017 | Chapter 11 | TC with S. Fetner re FA's access to accounting system and other issues. | $600.00 hr | 0.20 | 0.20 | $120.00 |
| 12/19/2017 | Chapter 11 | TC with L. Patt about case administration | $600.00 hr | 0.20 | 0.20 | $120.00 |
| 12/19/2017 | Chapter 11 | Drafting WGR retention application for special counsel | $600.00 hr | 0.50 | 0.50 | $300.00 |
| 12/19/2017 | Chapter 11 | TC with T Smith, Bleecker's counsel on settlement and 9019 motion. | $600.00 hr | 0.30 | 0.30 | $180.00 |
| 12/20/2017 | Chapter 11 | Drafting WGR retention application for special counsel. | $600.00 hr | 1.50 | 1.50 | $900.00 |
| 12/20/2017 | Chapter 11 | Draft 9019 motion for Bleecker street settlement. | $600.00 hr | 1.20 | 1.20 | $720.00 |
| 12/20/2017 | Chapter 11 | Call with L. Patt re preparation of schedules. | $600.00 hr | 0.50 | 0.50 | $300.00 |
| 12/21/2017 | Chapter 11 | Call with M. Rogers, prospective special construction counsel, and S. Mayerson re Bleecker street settlement . | $600.00 hr | 0.30 | 0.30 | $180.00 |
| 12/21/2017 | Chapter 11 | Call with L. Patt re information for preparation of Schedules and SOFA. | $600.00 hr | 0.50 | 0.50 | $300.00 |
| 12/21/2017 | Chapter 11 | Email to signature bank re authorization for L. Patt to access DIP accounts. | $600.00 hr | 0.10 | 0.10 | $60.00 |
| 12/21/2017 | Chapter 11 | TC with T. Smith re Bleecker Street settlement and the filing of the foreclosure action to preserve the lien. | $600.00 hr | 0.10 | 0.10 | $60.00 |
| 12/21/2017 | Chapter 11 | TC with L. Patt re information for the schedules and SOFA's | $600.00 hr | 0.30 | 0.30 | $180.00 |
| 12/22/2017 | Chapter 11 | TC with L. Patt re schedules and SOFA | $600.00 hr | 0.30 | 0.30 | $180.00 |
| 12/22/2017 | Chapter 11 | Review SOFA for filing with L. Patt | $600.00 hr | 1.00 | 1.00 | $600.00 |
| 12/26/2017 | Chapter 11 | Review and revise Schedule A/B and SOFA with L. Patt. | $600.00 hr | 2.40 | 2.40 | $1,440.00 |
| 12/27/2017 | Chapter 11 | Preparing SOFA and Schedule A/B. Communicating with financial advisor L. Patt. | $600.00 hr | 0.70 | 0.70 | $420.00 |
| 12/29/2017 | Chapter 11 | TC with L. Patt re Schedules and SOFA. review and revise SOFA. | $600.00 hr | 1.10 | 1.10 | $660.00 |

| Date | Chapter | Description | Rate | | | Amount |
|---|---|---|---|---|---|---|
| 01/02/2018 | Chapter 11 | Preparation for telephone conference with S. Fetner. TC with S. Fetner re status of case, action items and relevant dates. Prepare email setting forth all action items and upcoming hearings and 341 meeting. | $600.00 hr | 0.50 | 0.50 | $300.00 |
| 01/02/2018 | Chapter 11 | TC with S. Fetner and research on situation with former car lessor of debtor. | $600.00 hr | 0.40 | 0.40 | $240.00 |
| 01/02/2018 | Chapter 11 | TC with S. Fetner and L. Patt going through Schedule A/B and SOFA with representative of Debtor. Make revisions to SOFA and attention to filing of same. | $600.00 hr | 1.50 | 1.50 | $900.00 |
| 01/02/2018 | Chapter 11 | Draft notice of rescheduled initial case conference and attention to filing of same. | $600.00 hr | 0.30 | 0.30 | $180.00 |
| 01/03/2018 | Chapter 11 | TC with L. Patt re Debtor's tax issues. | $600.00 hr | 0.30 | 0.30 | $180.00 |
| 01/03/2018 | Chapter 11 | Attention to serving SOFA, schedule A/B and notice of rescheduled initial case conference. | $600.00 hr | 0.60 | 0.60 | $360.00 |
| 01/03/2018 | Chapter 11 | Amending creditor matrix. | $600.00 hr | 1.20 | 1.20 | $720.00 |
| 01/03/2018 | Chapter 11 | Preparing certificate of service for SOFA, Schedule A/B and notice of rescheduled initial case conference. | $600.00 hr | 0.30 | 0.30 | $180.00 |
| 01/04/2018 | Chapter 11 | Review BMW proof of claim | $600.00 hr | 0.10 | 0.10 | $60.00 |
| 01/05/2018 | Chapter 11 | Call with S. Fetner re ██████ and preparation for initial case conference. | $600.00 hr | 0.10 | 0.10 | $60.00 |
| 01/05/2018 | Chapter 11 | TC with Kevin Blair, counsel for CPS, LLC who believes they have a claim against the debtor. | $600.00 hr | 0.10 | 0.10 | $60.00 |
| 01/09/2018 | Chapter 11 | Prepare client for 341 | $600.00 hr | 1.00 | 1.00 | $600.00 |
| 01/09/2018 | Chapter 11 | Prepare for meeting to prepare client for 341. | $600.00 hr | 0.50 | 0.50 | $300.00 |
| 01/10/2018 | Chapter 11 | Non-working travel time for 341 meeting attendance | $300.00 hr | 0.00 | 1.00 | $300.00 |
| 01/10/2018 | Chapter 11 | Meet with representative of client and appear at 341. | $600.00 hr | 2.40 | 2.40 | $1,440.00 |
| 01/10/2018 | Chapter 11 | Finalize Vernon retention application. | $600.00 hr | 1.30 | 1.30 | $780.00 |
| 01/11/2018 | Chapter 11 | Appear at court for motion to approve settlement of Island case, motion to approve interim comp procedures and initial case conference. Meeting after with S. Mayerson. Meeting with counsel for creditor R. Bernsohn. | $600.00 hr | 3.80 | 3.80 | $2,280.00 |
| 01/11/2018 | Chapter 11 | emails with P. Agovino re hearing on motion to approve Island settlement | $600.00 hr | 0.20 | 0.20 | $120.00 |
| 01/11/2018 | Chapter 11 | Non-working travel time for court appearance in White Plains | $300.00 hr | 0.00 | 1.00 | $300.00 |

| 01/12/2018 | Chapter 11 | Conference call with L. Patt on various items we need including tax, operating reports. | $600.00 hr | 0.50 | 0.50 | $300.00 |
| 01/12/2018 | Chapter 11 | Revising form of order approving retention of M&H as debtors counsel. Drafting transmittal email. | $600.00 hr | 0.80 | 0.80 | $480.00 |
| 01/12/2018 | Chapter 11 | Preparing conformed so ordered stipulation approving settlement with Island. Call with counsel with Island re action items on settlement. Call with calendar clerk on material required for conformed so order stipulation. | $600.00 hr | 1.20 | 1.20 | $720.00 |
| 01/16/2018 | Chapter 11 | Drafting email transmittal letter to UST for operating report. | $600.00 hr | 0.10 | 0.10 | $60.00 |
| 01/16/2018 | Chapter 11 | Preparing 9019 motion for Bleecker Street settlement. | $600.00 hr | 1.90 | 1.90 | $1,140.00 |
| 01/17/2018 | Chapter 11 | Review and revise settlement agreement with 36 Bleecker Street. Send settlement agreement to M. Rogers for review. Call to M. Rogers re same. Call to T. Smith, Counsel to 36 Bleecker Street re same. | $600.00 hr | 0.60 | 0.60 | $360.00 |
| 01/17/2018 | Chapter 11 | TC's with M. Rogers re: settlement agreement in Bleecker Street and ▮▮▮ settlement offer. | $600.00 hr | 0.20 | 0.20 | $120.00 |
| 01/17/2018 | Chapter 11 | Revising Bleecker street settlement agreement and drafting email to send agreement to Bleecker Street's counsel. | $600.00 hr | 0.50 | 0.50 | $300.00 |
| 01/17/2018 | Chapter 11 | Review signed order for interim comp procedures and so order stipulation settling Island dispute. Emails to parties with stipulation and email to surety with wire instructions. Call to counsel for Island. | $600.00 hr | 0.70 | 0.70 | $420.00 |
| 01/17/2018 | Chapter 11 | Email to S. Fetner informing him that the stipulation with Island had been approved and the order approving the interim comp procedures had been signed and entered. | $600.00 hr | 0.10 | 0.10 | $60.00 |
| 01/18/2018 | Chapter 11 | Calls with T. Smith, counsel for Bleecker St.; Revise settlement agreement; Emails with S. Fetner re settlement agreement and 9019 motion; draft 9019 motion for Bleecker St. settlement. | $600.00 hr | 4.30 | 4.30 | $2,580.00 |
| 01/19/2018 | Chapter 11 | Finalize Bleecker 9019 motion. | $600.00 hr | 3.80 | 3.80 | $2,280.00 |
| 01/19/2018 | Chapter 11 | Attention to service and filing 9019 motion. | $600.00 hr | 1.10 | 1.10 | $660.00 |
| 01/22/2018 | Chapter 11 | Draft certification of service for motion to approve settlement with 36 Bleecker Street, LLC | $600.00 hr | 0.60 | 0.60 | $360.00 |
| 01/23/2018 | Chapter 11 | Emails with International Fidelity and Signature Bank RE receipt of wire from International Fidelity on Island settlement. | $600.00 hr | 0.20 | 0.20 | $120.00 |
| 01/23/2018 | Chapter 11 | Call with M. Rodgers re Geller request to stay arbitration. | $600.00 hr | 0.20 | 0.20 | $120.00 |
| 01/23/2018 | Chapter 11 | Draft letter to American Arbitration Assoc. re Geller request for stay of arbitration. | $600.00 hr | 1.00 | 1.00 | $600.00 |

| Date | Chapter | Description | Rate | | | Amount |
|---|---|---|---|---|---|---|
| 01/24/2018 | Chapter 11 | Review letter from counsel to Kaplan re trial date being set by state court. TC to counsel re same. TC with special counsel re same. | $600.00 hr | 0.50 | 0.50 | $300.00 |
| 01/24/2018 | Chapter 11 | TC with L. Patt re ▮▮▮▮ and analysis ▮▮ ▮▮▮▮ action and other issues. | $600.00 hr | 0.50 | 0.50 | $300.00 |
| 01/24/2018 | Chapter 11 | Attention to mailing certificate of service on Bleecker street 9019 motion; Attention to mailing letter to parties and arbitrator on stay of arbitration. | $600.00 hr | 0.10 | 0.10 | $60.00 |
| 01/26/2018 | Chapter 11 | Preparing fee statement. | $600.00 hr | 1.00 | 1.00 | $600.00 |
| 01/26/2018 | Chapter 11 | Preparing monthly fee statements. | $600.00 hr | 1.10 | 1.10 | $660.00 |
| 01/29/2018 | Chapter 11 | TC with L. Patt, re 1099s, ▮▮▮▮, and ▮▮▮ review of books and records. | $600.00 hr | 0.30 | 0.30 | $180.00 |
| 01/29/2018 | Chapter 11 | Review letter from Metropolitan Lumber seeking payment. Email to S. Fetner on same. | $600.00 hr | 0.10 | 0.10 | $60.00 |
| 01/29/2018 | Chapter 11 | Conference call with L. Patt and S. Mayeson re ▮▮ and other issues. | $600.00 hr | 0.50 | 0.50 | $300.00 |
| 01/29/2018 | Chapter 11 | preparing fee statement. | $600.00 hr | 0.50 | 0.50 | $300.00 |
| 01/30/2018 | Chapter 11 | preparing fee statement. | $600.00 hr | 1.60 | 1.60 | $960.00 |
| 01/30/2018 | Chapter 11 | Drafting Monthly fee statement. | $600.00 hr | 0.90 | 0.90 | $540.00 |
| | | **Total Labor For David Hartheimer** | | **98.70** | **100.70** | **$59,820.00** |
| | | **Total Expense For David Hartheimer** | | | **$0.00** | **$0.00** |
| | | **Total For David Hartheimer** | | | | **$59,820.00** |
| **Priscilla Caiza** | | | | | | |
| 11/16/2017 | Chapter 11 | Preparing notice of adjournment of 341 meeting, preparing service Matrix, preparing certificate of service, producing documents for service and filing, serving by mail all interested parties, filing notice of adjournment and certificate of service on court's ECF system. | $100.00 hr | 6.10 | 6.10 | $610.00 |
| | | **Total Labor For Priscilla Caiza** | | **6.10** | **6.10** | **$610.00** |
| | | **Total Expense For Priscilla Caiza** | | | **$0.00** | **$0.00** |
| | | **Total For Priscilla Caiza** | | | | **$610.00** |
| **Sandra Mayerson** | | | | | | |
| 11/07/2017 | Chapter 11 | Review and finalize Schedules and related documents, check rules regarding same, and attention to filing | $600.00 hr | 1.00 | 1.00 | $600.00 |
| 11/07/2017 | Chapter 11 | Review and finalize cash flow statement for filing with Court and file same | $600.00 hr | 0.30 | 0.30 | $180.00 |
| 11/08/2017 | Chapter 11 | Review and substantially revise motion for interim compensation procedures | $600.00 hr | 1.80 | 1.80 | $1,080.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/08/2017 | Chapter 11 | T Conf A Lipetz re recovery of monies held at IFIC andTC K Sordillo of IFIC re same (.30); Review and revise Lipetz proposed letter to Perelle re restraining notice (.10) | $600.00 hr | 0.40 | 0.40 | $240.00 |
| 11/09/2017 | Chapter 11 | Draft letter to J. Perrelle re filing and application of automatic stay to outstanding information Subpoena | $600.00 hr | 0.30 | 0.30 | $180.00 |
| 11/09/2017 | Chapter 11 | Draft letter to Judge Drain and enclose all first day filings | $600.00 hr | 0.30 | 0.30 | $180.00 |
| 11/09/2017 | Chapter 11 | Draft letter to UST and enclose first day filings | $600.00 hr | 0.30 | 0.30 | $180.00 |
| 11/13/2017 | Chapter 11 | Review IFIC Bond; VM from bonding company re return of funds | $600.00 hr | 0.20 | 0.20 | $120.00 |
| 11/13/2017 | Chapter 11 | Revise "first day" pleadings | $600.00 hr | 1.50 | 1.50 | $900.00 |
| 11/14/2017 | Chapter 11 | Review all documents re Island Woodwork settlement and funds held by IFIC; Communicate w/ A. Lipetz for further info | $600.00 hr | 0.70 | 0.70 | $420.00 |
| 11/14/2017 | Chapter 11 | Revise and finalize "first day" applications and orders | $600.00 hr | 3.40 | 3.40 | $2,040.00 |
| 11/15/2017 | Chapter 11 | File Motion to Extend time and draft cover letter to judge's chambers re same | $600.00 hr | 0.20 | 0.20 | $120.00 |
| 11/15/2017 | Chapter 11 | Review settlement agreement with Island Architectural; TC A. Lipetz with open questions; Confer w D. Hartheimer re strategy to recover funds owed to Debtor from IFIC | $600.00 hr | 0.90 | 0.90 | $540.00 |
| 11/15/2017 | Chapter 11 | Review and revise retention application, Hartheimer affidavit and proposed order on M&H retention | $600.00 hr | 1.30 | 1.30 | $780.00 |
| 11/17/2017 | Chapter 11 | Draft email to J. Perrelle re returned mail to R. Bernsohn and correct address for service going forward | $600.00 hr | 0.20 | 0.20 | $120.00 |
| 11/20/2017 | Chapter 11 | Rvw email from J Perrelle re new address for R Bernsohn; Remail items to R Bernsohn when service returned | $600.00 hr | 0.10 | 0.10 | $60.00 |
| 11/20/2017 | Chapter 11 | Draft documents requested by UST prior to intake interview | $600.00 hr | 0.30 | 0.30 | $180.00 |
| 11/20/2017 | Chapter 11 | Draft letter to UST concerning information request and gaps in info | $600.00 hr | 0.50 | 0.50 | $300.00 |
| 11/22/2017 | Chapter 11 | T conf IFIC lawyers and DHH re turnover of Island settlement funds; T Conf Island Architecture counsel and DHH re same | $600.00 hr | 0.50 | 0.50 | $300.00 |
| 11/29/2017 | Chapter 11 | Review UST operating guidelines; Meet with client to prep for UST Initial intake interview; Participate in Initial intake Interview with client (did not attend entire meeting); Begin prep for 341 meeting | $600.00 hr | 2.70 | 2.70 | $1,620.00 |
| 11/29/2017 | Chapter 11 | Begin drafting stip to recover cash held by IFIC | $600.00 hr | 0.50 | 0.50 | $300.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/05/2017 | Chapter 11 | Draft stipulation for turnover from IFIC | $600.00 hr | 1.70 | 1.70 | $1,020.00 |
| 12/08/2017 | Chapter 11 | Review counsel's changes to proposed turnover stipulation and consult DHH re approach to same | $600.00 hr | 0.30 | 0.30 | $180.00 |
| 12/11/2017 | Chapter 11 | T. Conf P Furman re serving as financial consultant | $600.00 hr | 0.30 | 0.30 | $180.00 |
| 12/14/2017 | Chapter 11 | Review, revise and finalize Motion accompanying stipulation to turnover Island settlement proceeds | $600.00 hr | 1.00 | 1.00 | $600.00 |
| 12/15/2017 | Chapter 11 | Prepare Monthly operating report | $600.00 hr | 1.10 | 1.10 | $660.00 |
| 12/18/2017 | Chapter 11 | Meet w/ L. Patt re serving as financial advisor and review documents with her (did not attend entire meeting). | $600.00 hr | 0.40 | 0.40 | $240.00 |
| 12/18/2017 | Chapter 11 | Revise, finalize and file Monthly Operating Report | $600.00 hr | 0.40 | 0.40 | $240.00 |
| 12/21/2017 | Chapter 11 | TC with M. Rogers and D. Hartheimer re Bleecker Street Settlement | $600.00 hr | 0.30 | 0.30 | $180.00 |
| 12/26/2017 | Chapter 11 | Review and revise Statement of Affairs and Schedules, working with financial advisor | $600.00 hr | 1.30 | 1.30 | $780.00 |
| 12/29/2017 | Chapter 11 | Revisions to SOFA and TC L Patt re same | $600.00 hr | 0.30 | 0.30 | $180.00 |
| 01/02/2018 | Chapter 11 | TC Ms. Li from judge's chambers re notice of adjournmrnt of initial case conference | $600.00 hr | 0.10 | 0.10 | $60.00 |
| 01/02/2018 | Chapter 11 | Attention to filing SOFA and Schedule A/B on ECF | $600.00 hr | 0.20 | 0.20 | $120.00 |
| 01/09/2018 | Chapter 11 | Prepare client for 341 meeting | $600.00 hr | 1.00 | 1.00 | $600.00 |
| 01/10/2018 | Chapter 11 | Revise proposed order re interim comp per UST request and letter To J. Drain re same | $600.00 hr | 0.30 | 0.30 | $180.00 |
| 01/11/2018 | Chapter 11 | Review all papers to prep for court appearance on initial case conference, interim comp and approval of Island Architectural settlement(.70); Court appearance on same matters and follow up meeting after court w/ DHH and counsel to R. Bernsohn(3.80) | $600.00 hr | 4.50 | 4.50 | $2,700.00 |
| 01/12/2018 | Chapter 11 | Non-working travel to and from hearing in White Plains | $300.00 hr | 0.00 | 1.90 | $570.00 |
| 01/12/2018 | Chapter 11 | Revise proposed order on interim comp per court's instructions and draft cover letter re same to Court; Send together with stipulation of settlement (Island Architectural) to be so ordered; Revise retention order per B. Masumoto's comments and draft cover letter to B. Masumoto enclosing same | $600.00 hr | 0.90 | 0.90 | $540.00 |
| 01/16/2018 | Chapter 11 | Draft Settlement Agreement with 36 Bleecker St. | $600.00 hr | 1.50 | 1.50 | $900.00 |
| 01/16/2018 | Chapter 11 | Review and File Monthly Operating Report for December 2017 | $600.00 hr | 0.10 | 0.10 | $60.00 |

| Date | | Description | Rate | | | Amount |
|---|---|---|---|---|---|---|
| 01/23/2018 | Chapter 11 | Review and revise letter to American Arbitration Assoc. re Geller request for stay and discuss strategy for Geller litigation with DHH | $600.00 hr | 0.40 | 0.40 | $240.00 |
| 01/26/2018 | Chapter 11 | Work on preparing first monthly fee statement w/ DHH | $600.00 hr | 1.00 | 1.00 | $600.00 |
| 01/29/2018 | Chapter 11 | T Conf R. Trotter re settlement discussions with his client, R. Bernsohn | $600.00 hr | 0.30 | 0.30 | $180.00 |
| 01/29/2018 | Chapter 11 | T conf L. Patt re open tax and accounting issues and ███████████ | $600.00 hr | 0.50 | 0.50 | $300.00 |
| 01/29/2018 | Chapter 11 | Work with DHH to prepare first monthly fee statement | $600.00 hr | 0.50 | 0.50 | $300.00 |
| 01/30/2018 | Chapter 11 | Work with DHH to prep first monthly fee statement, covering Nov-Jan | $600.00 hr | 0.60 | 0.60 | $360.00 |
| 01/30/2018 | Chapter 11 | Continue to work separately on first fee statement | $600.00 hr | 0.90 | 0.90 | $540.00 |
| | | **Total Labor For Sandra Mayerson** | | 37.30 | 39.20 | $22,950.00 |
| | | **Total Expense For Sandra Mayerson** | | | $0.00 | $0.00 |
| | | **Total For Sandra Mayerson** | | | | $22,950.00 |
| | | **Total Labor For Bernsohn & Fetner, LLC** | | 142.10 | 146.00 | $83,380.00 |
| | | **Total Expense For Bernsohn & Fetner, LLC** | | | $0.00 | $0.00 |
| | | **Total For Bernsohn & Fetner, LLC** | | | | $83,380.00 |
| | | **Grand Total Labor** | | 142.10 | 146.00 | $83,380.00 |
| | | **Grand Total Expenses** | | | $0.00 | $0.00 |
| | | **Grand Total** | | | | $83,380.00 |