**UNITED STATES BANKRUPTCY COURT**  Date of Presentment: April 2, 2018
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNSOHN & FETNER LLC,<br><br>Debtor. | Chapter 11<br><br>Case No.  17-23707 (RDD) |

NOTICE OF PRESENTMENT
AND
OPPORTUNITY FOR HEARING

    PLEASE TAKE NOTICE that upon the Amended Application for Entry of an Order Authorizing the Retention and Employment of Vernon Consulting, Inc., as Accountant and Financial Advisor of Bernsohn & Fetner LLC, with proposed order, dated March 16, 2018 ("the Application"), which was filed on the Court's ECF System [Docket No. 45 ], the undersigned will present the proposed order to the Honorable Robert D. Drain, United States Bankruptcy Judge, for signature on April 2, 2018, at 12:00 noon. The undersigned will mail you a copy of the Application with proposed order upon request, or you may inspect them at the offices of the undersigned during regular business hours.

    PLEASE TAKE FURTHER NOTICE that unless a written objection to the proposed order, with proof of service to counsel for the Debtor, Mayerson & Hartheimer, PLLC; 845 Third Avenue, 11th Floor, New York, NY 10022; david@mhlaw-ny.com, is filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers at least three days before the date of presentment, there will not be a hearing and the order may be signed.

    PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of

[*Remainder of this page intentionally left blank*.]

the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated: New York, New York
March 16, 2017

/s/ David H. Hartheimer
David H. Hartheimer, Esq.

MAYERSON & HARTHEIMER PLLC
845 Third Avenue, 11th Floor
New York, NY 10022
Tel: (646) 778-4380
Fax: (501) 423-8672
david@mhlaw-ny.com

*Counsel for Debtor and Debtor-in-Possession*

To: See attached list of parties to receive notice.

| | | |
|---|---|---|
| 36 Bleecker St., LLC<br>390 Park Avenue<br>16th floor<br>NY, NY 10022 | David and Marcia Kaplan<br>C/O William J. Turkish, Esq.<br>7600 Jericho Turnpike<br>Woodbury, NY 11797 | Marty and Lauren Geller<br>c/o Geller & Company<br>909 Third Avenue<br>New York, NY 10022 |
| 51st Street Realty, Inc<br>625 W 51st Street 2nd Floor<br>New York, NY 10019 | Dutch Express<br>100 Avenue of the Americas<br>New York, NY 10013 | MG Dolphin, LLC<br>C/O Geller and Company.<br>909 Third Avenue<br>New York, NY 10022 |
| Alba Demolition<br>237 West 35th Street<br>New York, NY 10001 | Emque<br>527 Townline Rd<br>Happauge, NY 11788 | New York State Dept of Taxation<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 |
| American Arbitration Association<br>1301 Atwood Ave.<br>Suite 211N<br>Johnston, R.I. 02919 | Grossbach Zaino & Associates, P<br>6 International Drive<br>Suite 130<br>Rye Brook, NY 10573 | NYC Department of Finance<br>66 John Street<br>Room 104<br>New York, NY 10038 |
| Architectural Flooring Resource<br>135 W 27th Street<br>6th fl<br>New York, NY 10001 | IRS<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Precision Stone<br>95 Hopper Street<br>Westbury, NY 11590 |
| Arista Air Conditioning Corp.<br>3826 10th Street<br>Long Island City, NY 11101 | JVA Industries<br>522 US Highway 9 North<br>#175<br>Manalapan, NJ 07726 | Randall Bernsohn<br>18 Homeward Lane<br>Weston, CT 06883 |
| Atlantech Systems Inc<br>349 Spook Rock Road<br>Bldg. G<br>Suffern, NY 10901 | Kern Rockenfield, Inc<br>178 Classon Avenue<br>Brooklyn, NY 11205 | RCS Corporate Sales and Profess<br>1674 Broadway<br>Suite 7C<br>New York, NY 10019 |
| Atlantic De Lage<br>134 W 26th St<br>New York, NY 10001 | Koenig Iron Works, Inc.<br>8-14 37th Avenue<br>Long Island City, NY 11101 | Richard Mugler<br>70 Saint Casimir Avenue<br>Yonkers, NY 10451 |
| Brian Masumoto, Esq.<br>Office of the United States Tru<br>201 Varick Street<br>New York, NY 10014 | LG Blessed LLC<br>154 E. 78th St.<br>NY, NY 10075 | Rimi Woodcraft<br>1185 Commerce Avenue<br>Bronx, NY 10462 |
| Con Edison<br>4 Irving Place<br>Room 1875S<br>New York, NY 10003 | Lough Conn, Inc.<br>69-23 60th Rd<br>Maspeth, NY 11378 | Skyline Scaffolding Group, Inc.<br>181 Coit Street<br>Irvington, NJ 7111 |

```
Steven Fetner
12 Van Houten Street
Upper Nyack, New York 10960




Steven Fetner
12 Van Houten Street
Upper Nyack, NY 10960




Team Electric
20 W 36th St,
Suite 702
New York, NY 10018


Time Warner
Attn. Recovery Support
3347 Platt Springs Road
West Columbia, SC 29170


Verizon Office
500 Technology Drive
Suite 550
Weldon Springs, MO 63304


Verizon Wireless
500 Technology Drive
Suite 550
Weldon Springs, MO 63304


Wasserman Grubin & Rogers
1700 Broadway
42nd floor
New York, NY 10019
```