**Mayerson & Hartheimer, PLLC.**
Sandra E. Mayerson, Esq.
David H. Hartheimer, Esq.
845 Third Avenue, 11th Floor
New York, NY 10022
Tel: (646) 778-4380
Fax: (501) 423-8672
sandy@mhlaw-ny.com
david@mhlaw-ny.com

*Counsel for Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> BERNSOHN & FETNER LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 17-23707 (RDD) |

**MONTHLY FEE STATEMENT OF
MAYERSON & HARTHEIMER, PLLC, AS COUNSEL FOR
THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD
FROM MAY 1, 2018 THROUGH AND INCLUDING MAY 31, 2018**

    Pursuant to section 327, 330 and 331 of chapter 11 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, *the Order Authorizing the Retention of Mayerson & Hartheimer, PLLC as Bankruptcy Counsel to Debtor Effective to the Petition Date,* dated January 18, 2018 [Docket No. 36], and *the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated January 17, 2018 [Docket No. 35], (the "Interim Compensation Order"),  Mayerson & Hartheimer, PLLC ("M&H"), counsel for the above-captioned debtor and debtor in possession (the "Debtor") hereby submits this *Monthly Fee Statement of Mayerson & Hartheimer, PLLC  as Counsel to the Debtor and Debtor-in-*

*Possession for the Period from May 1, 2018 Through and Including May 31, 2018* (this "Fee Statement") seeking compensation for 80% of its legal fees and reimbursement of its expenses for such Fee Period.[1] Specifically, M&H seeks (i) interim allowance of $22,770.00 for the reasonable and necessary legal services that M&H rendered to the Debtor during the Fee Period; (ii) compensation in the amount of $18,216.00 which is 80% of the total amount of compensation sought for actual and necessary legal services rendered during the Fee Period (*i.e.* $22,770.00), and (iii) the allowance and payment of $1,103.72 for the actual and necessary expenses that M&H incurred in connection with such services during the Fee Period. M&H represents that Debtor has sufficient funds to pay this amount, and that M&H is holding no retainer to apply against the amounts due.

### Itemization of Services Rendered and Disbursement Incurred

1.       Attached hereto as **Exhibit A** is a schedule of M&H professionals, including the standard hourly rate for each attorney who rendered services to the Debtor in connection with this chapter 11 case during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.

2.       Attached hereto as **Exhibit B** is a schedule for the Fee period setting forth the total amount of payment sought with respect to the expenses for which M&H is seeking payment in this Fee Statement. All of these disbursements comprise the requested sum for M&H's out-of-pocket expenses, which total $1,103.72.

3.       Attached hereto as **Exhibit C** are the time records of M&H, which provide a

---

[1] The period from May 1, 2018, through and including May 31, 2018 is referred to herein as the "Fee Period".

2

daily summary of time spent by each M&H professional during the Fee Period.

**Notice**

4.        No trustee or examiner has been appointed in this case. Pursuant to the Interim Compensation Order, notice of this Fee Statement has been served upon: (a) the Debtor, 12 Van Houten Street, Upper Nyack, New York 10960, Attn. Steven Fetner; (b) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn. Brian Masumoto, Esq.; (c) Counsel to Randall Bernsohn, Tannenbaum Helpern Syracuse & Hirschtritt LLP, 900 Third Avenue, New York, New York 10022, Attn. Richard W. Trotter, Esq.; and (d) to the extent not listed herein, those parties requesting to be a Notice Party for the Monthly Fee Statements. M&H submits that, in light of the nature of the relief requested, no other or further notice need be given.  Pursuant to the Interim Compensation Order, said parties have fourteen (14) days to review this Fee Statement and apprise M&H of any objection.

[*Remainder of page intentionally left blank*]

WHEREFORE, M&H, in connection with services rendered on behalf of the Debtor, respectfully requests (i) interim allowance of compensation for professional services rendered during the Fee Period, in the amount of $22,770.00, and payment for expenses incurred in connection with such services, in the amount of $1,103.72, (ii) payment in accordance with the procedures set forth in the Interim Compensations Order (*i.e.,* payment of 80% of the compensation sought in the amount of $18,216.00) and payment of 100% of expenses incurred, in the amount of $1,103.72.

New York, New York
Dated: June 13, 2018

        MAYERSON & HARTHEIMER, PLLC,

    By: */s/ David H. Hartheimer*
        David H. Hartheimer, Esq.
        Sandra E. Mayerson, Esq.
        Mayerson & Hartheimer, PLLC
        845 Third Avenue, 11th Floor
        New York, NY 10022
        Tel: (646) 778-4382
        Fax: (501) 423-8672
        david@mhlaw-ny.com
        sandy@mhlaw-ny.com

    *Counsel for Debtor and Debtor in Possession*

# EXHIBIT A

**FEE STATEMENT OF MAYERSON &
HARTHEIMER, PLLC AS COUNSEL TO THE DEBTOR
AND DEBTOR IN POSSESSION (MAY 1, 2018 – MAY 31, 2018)**

The M&H attorneys and paraprofessionals who rendered services during the Fee Period are:

| TIME KEEPER | POSITION WITH THE APPLICANT | YEAR FIRST ADMITTED | HOURLY BILLING RATE* | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---:|---:|
| David H. Hartheimer | Member | 1990 | $600.00 | 34.90 | $19,110.00 |
| Sandra E. Mayerson | Member | 1976 | $600.00 | 5.30 | $3,060.00 |
| Priscilla Caiza | Paralegal | NA | $100.00 | 6.00 | $600.00 |
| **TOTAL FOR TIME KEEPERS** | | | | **46.20** | **$22,770.00** |

\* Time Keepers' non-working travel time is billed at 50% of normal Hourly Billing Rate.

# EXHIBIT B

# Mayerson & Hartheimer PLLC - Expense Report

| Expense Date | User | Expense Type | Description | Bill Price |
|---|---|---|---|---|
| **Bernsohn & Fetner, LLC** | | | | |
| 05/03/2018 | David Hartheimer | E102 - Outside printing | Printing service copies of m&h fee app. | $135.00 |
| 05/03/2018 | David Hartheimer | E108 - Postage | Postage for mailing service of Notice of motion and Fee apps for M&H and Vernon | $63.00 |
| 05/03/2018 | David Hartheimer | E102 - Outside printing | Copying service copies of Vernon fee app. | $45.00 |
| 05/04/2018 | David Hartheimer | E102 - Outside printing | coping for service of notice of motion for both the M&H and Vernon fee apps. | $20.00 |
| 05/10/2018 | David Hartheimer | E102 - Outside printing | Printing motion for bar date order and ordinary course professionals with exhibits. | $55.75 |
| 05/10/2018 | David Hartheimer | E101 - Copying | Copying of Motion for ordinary course professionals and bar date order. 1,143 pages at $.25 @ page. | $285.75 |
| 05/10/2018 | David Hartheimer | E124 - Other | Envelops for service of motion for ordinary course professionals and courtesy copies of same and bar order motion. | $14.00 |
| 05/10/2018 | David Hartheimer | E108 - Postage | Postage for service of motion for ordinary course professionals and courtesy copies of bar date motion. | $88.00 |
| 05/15/2018 | David Hartheimer | E101 - Copying | Copies for Vernon March and April Fee Statement and Mayerson and Hartheimer April fee Statement. | $24.00 |
| 05/15/2018 | David Hartheimer | E108 - Postage | Postage for mailing Vernon March and April Fee Statement and M&H April fee statement | $7.50 |
| 05/29/2018 | David Hartheimer | E108 - Postage | Postage for service of bar order and notice. 68 packages | $94.45 |
| 05/29/2018 | David Hartheimer | E108 - Postage | postage for mailing courtesy copy of April 2018 MOR to Chambers. | $1.42 |
| 05/29/2018 | David Hartheimer | E101 - Copying | copying 70 copies of bid package. | $227.50 |
| 05/29/2018 | David Hartheimer | E124 - Other | envelopes for service of bar order. | $16.10 |
| 05/29/2018 | David Hartheimer | E101 - Copying | Copying form POCs forms for bar notice package. | $26.25 |
| | | | **Totals Billable Amounts for Bernsohn & Fetner, LLC** | **$1,103.72** |
| | | | **Grand Total** | **$1,103.72** |

# EXHIBIT C

# Mayerson & Hartheimer PLLC - Time Records Summary

| Date | Description | Hourly Rate | Billable Time | Bill Amount |
|---|---|---|---|---|
| **David Hartheimer** | | | | |
| 05/02/2018 | Finalizing fee app for m&h with exhibits, proposed order and notice of hearing. Attention to preparing service copies and filing on ECF. | $600.00 hr | 2.50 | $1,500.00 |
| 05/02/2018 | Drafting and finalizing fee application for Financial advisor to the debtor. Drafting notice of motion. Attention to preparing service copies and filing on ECF. | $600.00 hr | 1.50 | $900.00 |
| 05/02/2018 | TC with court Clerk to obtain hearing date for fee applications for M&H and Vernon. | $600.00 hr | 0.10 | $60.00 |
| 05/03/2018 | Revising order granting motion for extension and email to court. | $600.00 hr | 0.20 | $120.00 |
| 05/03/2018 | Driving to and from court for motion hearing for motion to extend time of exclusivity and time to file a plan. | $300.00 hr | 0.80 | $240.00 |
| 05/03/2018 | Prepare for and appear at motion hearing on motion to extend exclusivity and time to file plan. | $600.00 hr | 2.00 | $1,200.00 |
| 05/03/2018 | Revising form of order for motion to extend time to file plan. Sending email to court with form of order. | $600.00 hr | 0.40 | $240.00 |
| 05/04/2018 | Drafting certificates of service for fee applications of Mayerson and Hartheimer and Vernon. Drafting certificates of service for notices of motions for fee applications of m&h and Vernon. | $600.00 hr | 0.80 | $480.00 |
| 05/07/2018 | Call to court RE bar dates. | $600.00 hr | 0.10 | $60.00 |
| 05/07/2018 | Revising bar order application, proposed bar date motion and proposed order. (No Charge) | $0 hr | 0.80 | $0.00 |
| 05/07/2018 | Drafting fee statement for April. | $600.00 hr | 0.70 | $420.00 |
| 05/07/2018 | Reviewing signed order extending time. | $600.00 hr | 0.20 | $120.00 |
| 05/08/2018 | Drafting April fee statement including exhibits. | $600.00 hr | 1.10 | $660.00 |
| 05/08/2018 | Legal research on ordinary course professionals retention motion. | $600.00 hr | 0.60 | $360.00 |
| 05/08/2018 | Drafting ordinary course professionals motion, notice of motion proposed form of order, ordinary course Questionnaire questionnaires, tables of ordinary course professionals. | $600.00 hr | 5.10 | $3,060.00 |
| 05/08/2018 | Call with labor litigation counsel M. Rogers on ███████████████████████ | $600.00 hr | 0.30 | $180.00 |
| 05/09/2018 | Drafting and finalizing motion to authorize the retention of ordinary ordinary course professionals. Including proposed order, questionaires and table of proposed professionals. Attention to filing on ECF. | $600.00 hr | 4.50 | $2,700.00 |
| 05/09/2018 | Drafting and finalizing ex parte motion for setting bar date including proposed bar date notice and proposed bar date order. Attention to filing motion on ECF. | $600.00 hr | 0.50 | $300.00 |
| 05/10/2018 | Attention to service of motion for ordinary course professionals and courtesy copies of bar date motion. | $600.00 hr | 0.80 | $480.00 |
| 05/10/2018 | 2 TCs with law clerk to judge Drain re revisions to bar motion. | $600.00 hr | 0.30 | $180.00 |
| 05/10/2018 | Drafting certificate of service for motion to employ ordinary course professionals. Filing certificate on courts ECF system. | $600.00 hr | 0.50 | $300.00 |
| 05/15/2018 | Finalizing fee statement and attention to service. | $600.00 hr | 1.30 | $780.00 |
| 05/15/2018 | Revising form of bar order and notice in accordance with court clerk. (No Charge) | $0 hr | 1.50 | $0.00 |
| 05/15/2018 | Review march and April fee statement of Vernon. Attention to service and filing. | $600.00 hr | 0.90 | $540.00 |
| 05/23/2018 | Review Bar Order signed by court. | $600.00 hr | 0.20 | $120.00 |
| 05/23/2018 | TC with Dorothy Li, Court room Deputy re no notice being docketed. | $600.00 hr | 0.10 | $60.00 |
| 05/23/2018 | Review notice of bar date approved by court. | $600.00 hr | 0.30 | $180.00 |
| 05/24/2018 | Meeting with M. Panvell to organize the preparation of proof of claim packages. | $600.00 hr | 1.00 | $600.00 |
| 05/24/2018 | Prepare for meeting with S. Fetner and M. Rogers re ███████████████ | $600.00 hr | 2.50 | $1,500.00 |
| 05/24/2018 | Review operating report with S. Fetner | $600.00 hr | 0.10 | $60.00 |
| 05/24/2018 | Review strategy ████████████████████ with S. Fetner. | $600.00 hr | 0.30 | $180.00 |
| 05/24/2018 | Non working travel to meet with M. Rogers, special litigation counsel and S. Fetner. | $300.00 hr | 0.70 | $210.00 |
| 05/29/2018 | Preparing bar date notice package for service on 70 parties. | $600.00 hr | 2.10 | $1,260.00 |
| 05/31/2018 | Working with paralegal in preparing bar order service list for certificate of service. | $600.00 hr | 0.10 | $60.00 |
| | **Total Labor For David Hartheimer** | | **34.90** | **$19,110.00** |
| **Priscilla Caiza** | | | | |
| 05/02/2018 | Finalize fee application for service and filing | $100.00 hr | 4.00 | $400.00 |
| 05/03/2018 | Prepare first Interim Fee Application of Mayerson and Hartheimer for serive | $100.00 hr | 1.00 | $100.00 |
| 05/03/2018 | Prepare first interim fee application of Vernon Consulting for service and filing | $100.00 hr | 1.00 | $100.00 |

| | | | | |
|---|---|---|---|---|
| | | **Total Labor For Priscilla Caiza** | **6.00** | **$600.00** |
| **Sandra Mayerson** | | | | |
| 05/02/2018 | Review and revise first quarterly interim fee app | $600.00 hr | 0.90 | $540.00 |
| 05/03/2018 | Review and finalize proposed order extending time to file plan; Draft cover letter to J. Drain enclosing same | $600.00 hr | 0.20 | $120.00 |
| 05/04/2018 | Finalize certificates of service for Dkt #'s 55,56,57 and 58 and file same on ECF | $600.00 hr | 0.50 | $300.00 |
| 05/07/2018 | Review and revise bar date motion, order and proposed notice | $600.00 hr | 1.80 | $1,080.00 |
| 05/09/2018 | Review and revise motion to retain ordinary course professionals and accompanying documents. | $600.00 hr | 0.40 | $240.00 |
| 05/10/2018 | Confer with DHH re changes to bar date order in light of Court's call. (No Charge) | $0 hr | 0.20 | $0.00 |
| 05/16/2018 | Further revisions to Monthly Operating Report | $600.00 hr | 0.10 | $60.00 |
| 05/24/2018 | Review and analyze documents to prep for ▮▮▮▮ meeting with client ▮▮▮▮▮▮▮▮ | $600.00 hr | 1.00 | $600.00 |
| 05/24/2018 | TC L Patt re final edits to Monthly Operating Report; Finalize and file April Monthly Operating Report | $600.00 hr | 0.20 | $120.00 |
| | | **Total Labor For Sandra Mayerson** | **5.30** | **$3,060.00** |
| | | **Total Labor For Bernsohn & Fetner, LLC** | **46.20** | **$22,770.00** |
| | | **Grand Total Labor** | **46.20** | **$22,770.00** |