B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re **Bernsohn & Fetner LLC**,  
*Debtor*

Case No. **17-23707(RDD)**

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **June 2018**  
Line of Business: **General Contractor**

Date filed: **07/20/2018**  
NAISC Code: **236115**

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

**s/ Steven Fetner**  
Original Signature of Responsible Party

**Steven Fetner**  
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☐ | ☑ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNTS? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | ☐ | ☑ |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---:|
| | TOTAL INCOME | $ 0.00 |

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---:|
| Cash on Hand at Start of Month | | $ 111,506.89 |
| Cash on Hand at End of Month | | $ 87,934.87 |
| PROVIDE THE TOTAL AMOUNT OF CASH AVAILABLE TO YOU DURING MONTH | TOTAL | $ 111,506.89 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---:|
| | TOTAL EXPENSES | $ 23,572.02 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---:|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | | $ 0.00 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | | $ -23,572.02 |
| *(Subtract Line C from Line B)* | CASH PROFIT FOR THE MONTH | $ -23,572.02 |

B 25C (Official Form 25C) (12/08)

# UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES**  $   48,203.72

*(Exhibit D)*

# MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES**  $   0.00

*(Exhibit E)*

# BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

# EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 1 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 1 |

# PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 17,572.02 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 142,852.02 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 0.00 | $ 0.00 | $ 0.00 |
| EXPENSES | $ -41,116.02 | $ -23,572.02 | $ 17,544.00 |
| CASH PROFIT | $ -41,116.02 | $ -23,572.02 | $ 17,544.00 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:  $ 0.00
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:  $ -51,985.72
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:  $ -51,985.72

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

Bernsohn & Fetner LLC
Case No. 17-23707 (RDD)
Monthly Operating Report for the Month of June 2018

**NOTES TO THE MONTHLY OPERATING REPORT:**

**Questions #1 and #8**

The Debtor is operating but is currently inactive. Its current focus is collecting receivables and settling disputes. Once it is back on an even keel, it may take on new projects.

**Question #3**

The Debtor has one employee/managing member, Steven Fetner. Mr. Fetner had agreed to defer his salary/guaranteed payment of $1,500 per week until such time as the debtor has more available funds. Accordingly, Mr. Fetner began receiving his accrued salary/guaranteed payments, on a monthly basis, during January, 2018, and is now paid through June.

**Question #7**

Question #7 is inapplicable; as, the Debtor has no insurance policies, as discussed at the initial intake interview.

**EXHIBITS TO THE MONTHLY OPERATING REPORT:**

**Exhibit A – Income, Exhibit B – Expenses, and Exhibit C – Cash Profit**

The Debtor received no income this Reporting Period.

The Debtor paid cash expenses this Reporting Period in the amount of $23,572.02, as follows:
06/19/18     $ 17,572.02    Check 1017 – Mayerson & Hartheimer PLLC, March 2018 Professional Fees
06/21/18     $  6,000.00    Check 1018 – Steve Fetner

during the period covered by this Monthly Operating Report ("MOR").  Accordingly, the cash profit recorded for May 2018 is $-23,572.02.  An income statement and balance sheet were not prepared for this period.

**Exhibit D - Unpaid Bills**

Professionals Mayerson & Hartheimer PLLC and Vernon Consulting, Inc have had 20% of their fees held back totaling $20,598, and 7,454, respectively.  In addition, Mayerson & Hartheimer PLLC's and Vernon Consulting, Inc.'s May 2018 Fees at 80% and 100% expenses totaling $19,319.72 and $832, respectively are due and was not paid during this Reporting Period.

**Exhibit E - Money Owed to You**

There are no post-petition amounts owed to Debtor.

**Exhibit F - Banking Information**

The Debtor opened its debtor-in-possession operating banking account (x7401) and tax account (x7428) at Signature Bank on November 9, 2017. The bank statements for June 2018 for both accounts are included in this month's Report.

Checks Outstanding

There are no checks outstanding.

**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From June    01, 2018
To   June    30, 2018
Page    1 of    2

PRIVATE CLIENT GROUP 131
565 FIFTH AVENUE
NEW YORK, NY 10017

BERNSOHN & FETNER LLC, DEBTOR IN        9-131
POSSESSION - OPERATING ACCOUNT
17-23707-RDD
12 VAN HOUTEN STREET
UPPER NYACK NY  10960         999         See Back for Important Information

Primary Account:       7401        2

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| 7401    BANKRUPTCY CHECKING | 111,506.89 | 87,934.87 |
| RELATIONSHIP    TOTAL | | 87,934.87 |

```
                                                          Statement Period
                                                          From June    01, 2018
                                                          To   June    30, 2018
                                                          Page    2 of    2

                                                          PRIVATE CLIENT GROUP 131
                                                          565 FIFTH AVENUE
                                                          NEW YORK, NY 10017


        BERNSOHN & FETNER LLC, DEBTOR IN         9-131
        POSSESSION - OPERATING ACCOUNT
        17-23707-RDD
        12 VAN HOUTEN STREET
        UPPER NYACK NY  10960          999            See Back for Important Information


                                                   Primary Account:      7401        2


BANKRUPTCY CHECKING              7401




Summary

 Previous Balance as of June    01, 2018                                    111,506.89
      2 Debits                                                               23,572.02
 Ending Balance as of   June    30, 2018                                     87,934.87


Checks by Serial Number
 Jun 19       1017         17,572.02    Jun 21      1018        6,000.00

Daily Balances
 May 31       111,506.89                Jun 21          87,934.87
 Jun 19        93,934.87

Rates for this statement period - Overdraft
Jun 14, 2018   14.750000 %
Jun 01, 2018   14.500000 %
```

**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From June    01, 2018
To   June    30, 2018
Page    1 of    2

PRIVATE CLIENT GROUP 131
565 FIFTH AVENUE
NEW YORK, NY 10017

BERNSOHN & FETNER LLC, DEBTOR IN          8-131
POSSESSION - TAX ACCOUNT
17-23707-RDD
12 VAN HOUTEN STREET
UPPER NYACK NY  10960          999          See Back for Important Information

Primary Account:          7428          0

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| 7428    BANKRUPTCY CHECKING | .00 | .00 |
| RELATIONSHIP    TOTAL | | .00 |

**SIGNATURE BANK**

```
                                                Statement Period
                                                From June    01, 2018
                                                To   June    30, 2018
                                                Page    2 of   2

                                                PRIVATE CLIENT GROUP 131
                                                565 FIFTH AVENUE
                                                NEW YORK, NY 10017


       BERNSOHN & FETNER LLC, DEBTOR IN        8-131
       POSSESSION - TAX ACCOUNT
       17-23707-RDD
       12 VAN HOUTEN STREET
       UPPER NYACK NY  10960          999       See Back for Important Information


                                                Primary Account:      7428         0

BANKRUPTCY CHECKING              428
```

Summary

 Previous Balance as of June    01, 2018                                                .00

 There was no deposit activity during this statement period

 Ending Balance as of   June    30, 2018                                                .00

Rates for this statement period - Overdraft
Jun 14, 2018   14.750000 %
Jun 01, 2018   14.500000 %