B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

### Southern District of New York

In re  Bernsohn & Fetner LLC                    ,          Case No.  17-23707(RDD)
                   *Debtor*

Small Business Case under Chapter 11

### SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  July 2018                              Date filed:  08/21/2018

Line of Business:  General Contractor          NAISC Code:  236115

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

 /s/ Steven Fetner
Original Signature of Responsible Party

Steven Fetner
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|:---:|:---:|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☐ | ☑ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNTS? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | |
|---|---|---|
| 14.   HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15.   DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16.   HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17.   HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18.   HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

| | | |
|---|---|---|
| DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? | ☐ | ☑ |

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 0.00 |

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 87,934.87 |
| Cash on Hand at End of Month | $ | 44,949.15 |
| PROVIDE THE TOTAL AMOUNT OF CASH  AVAILABLE TO YOU DURING MONTH    **TOTAL** | $ | 87,934.87 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT.  *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 42,985.72 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 0.00 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | -42,985.72 |
| *(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH** | $ | -42,985.72 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $    9,528.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $    0.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?    1

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?    1

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $    42,985.72

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $    184,402.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $    0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $    0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 0.00 | $ 0.00 | $ 0.00 |
| EXPENSES | $ -51,985.72 | $ -42,985.72 | $ 9,000.00 |
| CASH PROFIT | $ -51,985.72 | $ -42,985.72 | $ 9,000.00 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                    $ 0.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:                 $ -28,974.19

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:             $ -28,974.19

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.**

Bernsohn & Fetner LLC
Case No. 17-23707 (RDD)
Monthly Operating Report for the Month of July 2018

**NOTES TO THE MONTHLY OPERATING REPORT:**

**Questions #1 and #8**

The Debtor is operating but is currently inactive. Its current focus is collecting receivables and settling disputes. Once it is back on an even keel, it may take on new projects.

**Question #3**

The Debtor has one employee/managing member, Steven Fetner. Mr. Fetner had agreed to defer his salary/guaranteed payment of $1,500 per week until such time as the debtor has more available funds. Accordingly, Mr. Fetner began receiving his accrued salary/guaranteed payments, on a monthly basis, during January 2018, and is now paid through July 2018.

**Question #7**

Question #7 is inapplicable; as, the Debtor has no insurance policies, as discussed at the initial intake interview.

**EXHIBITS TO THE MONTHLY OPERATING REPORT:**

**Exhibit A – Income, Exhibit B – Expenses, and Exhibit C – Cash Profit**

The Debtor received no income this Reporting Period.

The Debtor paid cash expenses this Reporting Period in the amount of $42,985.72, as follows:

| Date | Amount | Description |
|---|---|---|
| 07/02/18 | $ 16,044.00 | Check 1020 – Mayerson & Hartheimer PLLC, 1st Fee Application |
| 07/10/18 | $ 7,597.00 | Wire Transfer – Vernon Consulting, Inc., May 2018 Professional Fees and 1st Fee Application, net of Wire Transfer Fees. |
| 07/10/18 | $ 25.00 | Wire Transfer Fee – Withheld from Vernon Consulting, Inc. Fees. |
| 07/23/18 | $ 19,294.72 | Wire Transfer – Mayerson & Hartheimer PLLC, May 2018 Professional Fees, net of Wire Transfer Fees. |
| 07/23/18 | $ 25.00 | Wire Transfer Fee – Withheld from Mayerson & Hartheimer Fees. |

during the period covered by this Monthly Operating Report ("MOR"). Accordingly, the cash profit recorded for July 2018 is $-42,985.72. An income statement and balance sheet were not prepared for this period.

**Exhibit D - Unpaid Bills**

Professionals Mayerson & Hartheimer PLLC and Vernon Consulting, Inc have had 20% of their fees held back totaling $8,864, and $664, respectively.

**Exhibit E - Money Owed to You**

There are no post-petition amounts owed to Debtor.

**Exhibit F - Banking Information**

The Debtor opened its debtor-in-possession operating banking account (x7401) and tax account (x7428) at Signature Bank on November 9, 2017. The bank statements for July 2018 for both accounts are included in this month's Report.

<u>Checks Outstanding</u>

As of July 31, 2018, there are checks outstanding in the amount of $9,975.00.  This amount is included in the projected cash expenses for August 2018.

*Signature*   **SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                        Statement Period
                                        From July      01, 2018
                                        To   July      31, 2018
                                        Page    1 of      3

                                        PRIVATE CLIENT GROUP 131
                                        565 FIFTH AVENUE
                                        NEW YORK, NY 10017


        BERNSOHN & FETNER LLC, DEBTOR IN        9-131
        POSSESSION - OPERATING ACCOUNT
        17-23707-RDD
        12 VAN HOUTEN STREET
        UPPER NYACK NY  10960          999          See Back for Important Information


                                        Primary Account: ███████401       1
```

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE PRIVACY & SECURITY
SECTION ON SIGNATURENY.COM LOCATED UNDER THE 'ABOUT US' HEADING. SELECT
'BUSINESS E-MAIL COMPROMISE' TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ███████7401   BANKRUPTCY CHECKING | | 87,934.87 | 44,949.15 |
| RELATIONSHIP   TOTAL | | | 44,949.15 |

SIGNATURE BANK

Statement Period
From July      01, 2018
To   July      31, 2018
Page     2 of    3

PRIVATE CLIENT GROUP 131
565 FIFTH AVENUE
NEW YORK, NY 10017

BERNSOHN & FETNER LLC, DEBTOR IN         9-131
POSSESSION - OPERATING ACCOUNT
17-23707-RDD
12 VAN HOUTEN STREET
UPPER NYACK NY  10960          999          See Back for Important Information


Primary Account: ███████7401          1


BANKRUPTCY CHECKING          ██████7401


## Summary

| | | |
|---|---|---:|
| Previous Balance as of July | 01, 2018 | 87,934.87 |
| 5 Debits | | 42,985.72 |
| Ending Balance as of July | 31, 2018 | 44,949.15 |

## Withdrawals and Other Debits

| Date | Description | Amount |
|---|---|---:|
| Jul 10 | OUTGOING WIRE XFER | 7,597.00 |
| | REF#      ████00228 | |
| | TO:   VERNON CONSULTING INC          ABA: ██████████ | |
| | BANK: ████████          ██████████████ | |
| | ███████████████████████ | |
| | OBI: | |
| | OBI: | |
| Jul 10 | WIRE TRANSFER FEE | 25.00 |
| | REF#      ████0228 | |
| | TO:   VERNON CONSULTING INC          ABA: ██████████ | |
| | BANK: ████████          ACCT# █████████ | |
| | OBI: ███████████████████████ | |
| | OBI: | |
| | OBI: | |
| Jul 23 | OUTGOING WIRE XFER | 19,294.72 |
| | REF#      ████00451 | |
| | TO:   MAYERSON & HARTHEIMER PLLC          ABA: ██████████ | |
| | BANK: ██████████          ACCT# █████████ | |
| Jul 23 | WIRE TRANSFER FEE | 25.00 |
| | REF#      ████00451 | |
| | TO:   MAYERSON & HARTHEIMER PLLC          ABA: ██████████ | |
| | BANK: ████████████          ACCT# █████████ | |

 SIGNATURE BANK

```
                                        Statement Period
                                        From July      01, 2018
                                        To   July      31, 2018
                                        Page    3 of      3

                                        PRIVATE CLIENT GROUP 131
                                        565 FIFTH AVENUE
                                        NEW YORK, NY 10017
```

```
          BERNSOHN & FETNER LLC, DEBTOR IN          9-131
          POSSESSION - OPERATING ACCOUNT
          17-23707-RDD
          12 VAN HOUTEN STREET
          UPPER NYACK NY  10960          999          See Back for Important Information
```

Primary Account: █████7401          1

Checks by Serial Number
  Jul 02     1020          16,044.00

Daily Balances
  Jun 30          87,934.87          Jul 10          64,268.87
  Jul 02          71,890.87          Jul 23          44,949.15

Rates for this statement period - Overdraft
Jul 01, 2018   14.750000 %

## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                              Statement Period
                                              From July    01, 2018
                                              To   July    31, 2018
                                              Page    1 of    2

                                          PRIVATE CLIENT GROUP 131
                                          565 FIFTH AVENUE
                                          NEW YORK, NY 10017


        BERNSOHN & FETNER LLC, DEBTOR IN        8-131
        POSSESSION - TAX ACCOUNT
        17-23707-RDD
        12 VAN HOUTEN STREET
        UPPER NYACK NY  10960        999            See Back for Important Information


                                          Primary Account: ████7428        0
```

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE PRIVACY & SECURITY
SECTION ON SIGNATURENY.COM LOCATED UNDER THE 'ABOUT US' HEADING. SELECT
'BUSINESS E-MAIL COMPROMISE' TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████7428    BANKRUPTCY CHECKING | | .00 | .00 |
| RELATIONSHIP    TOTAL | | | .00 |

 SIGNATURE BANK

PRIVATE CLIENT GROUP 131
565 FIFTH AVENUE
NEW YORK, NY 10017

BERNSOHN & FETNER LLC, DEBTOR IN        8-131
POSSESSION - TAX ACCOUNT
17-23707-RDD
12 VAN HOUTEN STREET
UPPER NYACK NY  10960        999                      See Back for Important Information

                                            Primary Account: ███████7428        0

BANKRUPTCY CHECKING        ██████7428

Summary

  Previous Balance as of July      01, 2018                                      .00

  There was no deposit activity during this statement period

  Ending Balance as of   July      31, 2018                                      .00

Rates for this statement period - Overdraft
Jul 01, 2018   14.750000 %